IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SCOTT HARTSOCK, : | |
|       Plaintiff, : | |
|     v. : | CIVIL NO. 07-3200 |
| : | |
| WAL-MART STORES EAST, INC., et al., : | |
|       Defendants. : | |

## ORDER

**AND NOW,** this 23rd day of November, 2009, upon consideration of Defendants' Partial Motion for Summary Judgment [Doc. No.18], subsequent filings by both parties [Doc. Nos. 17, 18, 19], and the initial pleadings in this case [Doc. Nos. 1 Ex. A, 5], it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

Plaintiff's failure to warn claim, contained in the Complaint [Doc. No. 1 Ex. A] as part of paragraph 18 and paragraph 20 (d) through (f), is **DISMISSED**. The claims for defective design and defective manufacture remain. It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**